IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Docket No. 5:15-cr-10-RLV |
| v. | ) ) | |
| DONALD RAY NEWTON | ) ) | **ORDER** |

This matter is before the Court on the Motion of the United States of America to dismiss the charges against Defendant Donald Ray Newton in the Bill of Information in the above-captioned case.

It is hereby ordered that the motion be GRANTED and the charges against Defendant Donald Ray Newton in the above-captioned Bill of Information be dismissed without prejudice.

SO ORDERED this 2nd day of June 2015.

Signed: June 2, 2015

Richard L. Voorhees
United States District Judge